KM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Marlon Pastor-Cabrera,

Petitioner,

v.

Todd M. Lyons, *et al.*,

Respondents.

No.   CV-26-02776-PHX-JJT (MTM)

**ORDER**

Petitioner Marlon Pastor-Cabrera, who is confined in the Eloy Detention Center and represented by counsel, filed a Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) and a Motion for Temporary Restraining Order and Preliminary Injunction (Doc 2).[1] The Court will require an answer to the Petition.

Petitioner is a native of Guatemala who entered the United States without inspection on March 22, 2019. On August 25, 2025, Petitioner was arrested and detained by immigration officials at the Phoenix Police Department. Petition alleges that at no point "did any agent produce a warrant, explain why Petitioner had been detained initially, or provide any documents of any kind." (Doc. 1 at 13.)[2]

Petitioner raises six claims for relief:

---

[1] Because the Court will require a prompt response to the Petition, the Court will deny as moot the Motion for Temporary Restraining Order.

[2] The citation refers to the document and page number generated by the Court's Case Management/Electronic Case Filing system.

TERMPSREF

(1)    "Violation of the Fourth Amendment of the United States Constitution Unreasonable Seizure" (*id.* at 14);

(2)    "Violation of the Administrative Procedure Act – 5 U.S.C. § 706(2)(A) Violation of 8 C.F.R. § 287.8(b)(2) Detentive Stop Without Reasonable Suspicion" (*id*. at 15);

(3)    "Violation of Administrative Procedure Act – 5 U.S.C. § 706(2)(A) Violation of 8 U.S.C. § 1357(a)(2), 8 C.F.R. § 287.8(c)(2)(i) Warrantless Arrest Without Probable Cause of Immigration Violation" (*id*. at 15-16);

(4)    "Violation of the Administrative Procedure Act – 5 U.S.C. § 706(2)(A) Violation of 8 U.S.C. § 1357(a)(2), 8 C.F.R. § 287.8(c)(2)(ii) Warrantless Arrest Without Probable Cause of Likelihood of Escape" (*id*. at 17);

(5)    "Violation of the Administrative Procedure Act – 5 U.S.C. § 706(2)(A) Violation of *Castañon Nava* Settlement Agreement/Nationwide Policy on Warrantless ICE Arrests and Vehicle Stops" (*id*. at 17); and

(6)    "Violation of Fifth Amendment Right to Due Process Procedural Due Process" (*id.* at 18).

The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1)    Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) is **denied** without prejudice.

(2)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) upon Respondents.

(3)    If not already issued, the Clerk's Office must issue any properly completed summonses.

(4)    Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)    Petitioner may file a reply within **10 days** from the date of service of the answer.

(6)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov,

TERMPSREF

Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(7)     Regarding courtesy copies of documents for chambers, the parties are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added). *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

(8)     This matter is referred to Magistrate Judge Michael T. Morrissey pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 23rd day of April, 2026.

Honorable John J. Tuchi
United States District Judge

TERMPSREF